UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In Re:

RONALD WAYNE RUEGER,

Chapter 13

Case No. 07-36699

Debtor(s)

---------------------------------------------------------x

TRUSTEE'S REPORT OF UNCLAIMED DIVIDENDS

To: THE CLERK OF THE BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

    Jeffrey L. Sapir, Trustee of the estate of the above named debtor, reports that the following dividend is unclaimed over 90 days from the date of issuance:

| CLAIMANT NAME & LAST KNOW ADDRESS | AMOUNT OF DIVIDEND |
|---|---|
| GRP Loan, LLC<br>c/o Solferino & Solferino, LLP<br>15 Roslyn Road<br>Mineola, New York 11501 | $311.45 |

    Trustee check number 290847 to your order in the sum of $243.27 is annexed representing the total of the aforesaid unclaimed dividend.

Dated: White Plains, New York
       April 25, 2011

Respectfully submitted,
*/s/ Jeffrey L. Sapir*
JEFFREY L. SAPIR
Standing Chapter 13 Trustee