UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In Re:

RONALD WAYNE RUEGER,

Debtor(s)
---------------------------------------------------------x

Chapter 13

Case No. 07-36699

## TRUSTEE'S REPORT OF UNCLAIMED DIVIDENDS

To: THE CLERK OF THE BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

    Jeffrey L. Sapir, Trustee of the estate of the above named debtor, reports that the following dividend is unclaimed over 90 days from the date of issuance:

| CLAIMANT NAME & LAST KNOW ADDRESS | AMOUNT OF DIVIDEND |
|---|---|
| GRP Loan, LLC<br>c/o Solferino & Solferino, LLP<br>15 Roslyn Road<br>Mineola, New York 11501 | $311.45 |

    Trustee check number 290847 to your order in the sum of $311.45 is annexed representing the total of the aforesaid unclaimed dividend.

Dated: White Plains, New York
         April 25, 2011

                                         Respectfully submitted,
                                         */s/ Jeffrey L. Sapir*
                                         JEFFREY L. SAPIR
                                         Standing Chapter 13 Trustee